IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, AND ENDO PAR INNOVATION COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> HOSPIRA, INC. <br><br> Defendant. | C.A. No. 17-cv-944-JFB-SRF |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to the Scheduling Order, Plaintiffs Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC (collectively, "Par") and Defendant Hospira, Inc. ("Hospira") hereby submit this Joint Claim Construction Chart in connection with disputed terms in the patents-in-suit. The parties dispute the construction of terms in U.S. Patent Nos. 9,119,876 ("the '876 patent") and 9,295,657 ("the '657 patent") (jointly, the "Patents-in-Suit"). The parties' proposed constructions and citations to the intrinsic record are set forth below:

The parties' proposed constructions of the agreed upon and disputed terms of the Patents-in-Suit are attached hereto as Appendices A and B.

| | |
|---|---|
| */s/ Steven J. Fineman*<br>Steven J. Fineman (#4025)<br>Katharine L. Mowery (#5629)<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 N. King Street<br>Wilmington, Delaware 19801<br>(302) 651-7700<br>fineman@rlf.com<br>mowery@rlf.com<br><br>*Attorneys for Plaintiffs*<br>*Par Pharmaceutical, Inc., Par Sterile Products, LLC, and Endo Par Innovation Company, LLC* | */s/ John C. Phillips, Jr.*<br>John C. Phillips, Jr. (No. 110)<br>David A. Bilson (No. 4986)<br>Megan C. Haney (No. 5016)<br>PHILLIPS, GOLDMAN, MCLAUGHLIN & HALL, P.A.<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>(302) 655-4200<br>jcp@pgmhlaw.com<br>dab@pgmhlaw.com<br>mch@pgmhlaw.com<br><br>*Attorneys for Defendant Hospira, Inc.* |

Dated:  May 25, 2018

**APPENDIX A**

**Agreed Upon Claim Constructions[1]**

| Claim Term | Joint Proposed Construction |
|---|---|
| "about"<br><br>'876 patent claims 1, 12-18<br>'657 patent claims 1, 12-18, 20 | Plain and ordinary meaning; *i.e.*, approximately |
| "pH raising agent"<br><br>'876 patent claims 1 and 3<br>'657 patent claims 1, 3, and 20 | Component to raise the composition's pH, which may comprise a buffer system |
| "buffer system"<br><br>'876 patent claim 3<br>'657 patent claim 3 | Component present in a composition or solution which may provide a resistance to significant change in pH caused by a strong acid or base; may comprise a single agent or more than one agent, such as a weak acid and its conjugate base |
| "pH lowering agent"<br><br>'876 patent claims 1 and 5<br>'657 patent claims 1, 5, and 20 | Component to lower the composition's pH |
| "transition metal complexing agent"<br><br>'876 patent claim 1<br>'657 patent claims 1 and 20 | Component to complex with transition metals, such as a chelating agent |

---

[1] Agreement to these constructions is not an admission or concession by any party as to the application of these terms.

## APPENDIX B

### Disputed Claim Constructions

| Claim Term | Plaintiffs' Proposed Construction | Hospira's Proposed Construction |
|---|---|---|
| "Impurity A"<br><br>'876 patent claims 12-13, 16<br>'657 patent claims 12-13, 16 | A compound with the following structure:<br><br>[structure diagram showing a phenol ring with HO, OH substituents, a sulfonic acid group (HO-S(=O)(=O)-), and a -CH(OH)-CH₂-NH-Me side chain] | The term is not amenable to construction and is indefinite |
| | **Plaintiffs' Intrinsic Evidence:**<br><br>'876 patent at 16:41-55; 7:27-37; 16:38-20:61; fig. 1-4, claims 12, 13, 16<br><br>'657 patent at 7:34-43; 16:51-65; 16:48-21:9; figs. 1-4, claims 12, 13, 16 | **Hospira's Intrinsic Evidence:**<br><br>'876 patent at 7:24-41; 16:38-54; 19:38-60; 20:26-62<br><br>'657 patent at: 7:31-48; 16:48-65; 19:53-20:8; 20:41-21:9 |
| "Impurity B"<br><br>'876 patent claims 12-13, 17<br>'657 patent claims 12-13, 17 | A compound with the following structure:<br><br>[structure diagram showing a phenol ring with HO, HO substituents, a sulfonic acid group (O=S(=O)-OH, OH), and a -CH(OH)-CH₂-NH-Me side chain] | The term is not amenable to construction and is indefinite |

| Claim Term | Plaintiffs' Proposed Construction | Hospira's Proposed Construction |
|---|---|---|
| | **Plaintiffs' Intrinsic Evidence:**<br><br>'876 patent at 7:27-37; 16:56-67; 16:38-20:61; fig. 1-4, claims 12, 13, 17<br><br>'657 patent at 7:34-43; 16:66-17:10; 16:48-21:9; fig. 1-4, claims 12, 13, 17 | **Hospira's Intrinsic Evidence:**<br><br>'876 patent at 7:24-41; 16:38-40; 16:55-65; 19:38-44; 19:61-20:9; 20:26-62<br><br>'657 patent at: 7:31-48; 16:48-50; 16:66-17:10; 19:53-59; 20:9-24; 20:41-21:9 |
| "Unknown C"<br>'876 patent claims 12-13, 18<br>'657 patent claims 12-13, 18 | A compound characterized by an elution peak λmax of about 380 nm using HILIC (Hydrophilic Interaction Liquid Chromatography) separation of mixtures according to the conditions described in Tables 1-8 of the '876 patent at 17:12-19:37. | The term is not amenable to construction and is indefinite |
| | **Plaintiffs' Intrinsic Evidence:**<br><br>'876 patent at 7:27-37; 16:38-20:61; fig. 1-4, claims 12, 13, 18<br><br>'657 patent at 7:34-43; 16:48-21:9; fig. 1-4, claims 12, 13, 18 | **Hospira's Intrinsic Evidence:**<br><br>'876 patent at 7:24-41; 16:38-40; 17:1-19:44; 20:10-62<br><br>'657 patent at: 7:31-48; 16:48-50; 17:11-19:59; 20:25-21:9 |