# United States Court of Appeals
# for the Federal Circuit

---

**PAR PHARMACEUTICAL, INC., PAR STERILE PRODUCTS, LLC, ENDO PAR INNOVATION COMPANY, LLC,**
*Plaintiffs-Appellees*

v.

**HOSPIRA, INC.,**
*Defendant-Appellant*

---

2020-1273

---

Appeal from the United States District Court for the District of Delaware in No. 1:17-cv-00944-JFB-SRF, Senior Judge Joseph F. Bataillon.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

ENTERED BY ORDER OF THE COURT

November 23, 2020          /s/ Peter R. Marksteiner
                           Peter R. Marksteiner
                           Clerk of Court